# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **LACI COLLINS,**<br>    **Plaintiff,**<br><br>        **v.**<br><br>**KILOLO KIZAKAZI,**<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY**,**<br><br>    **Defendant.** | **Civil Action No. 1:21-cv-00079**<br><br>**Judge Timothy S. Black**<br><br>**Magistrate Judge Karen L. Litkovitz** |

## ORDER REMANDING CASE

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be **REMANDED** back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. An Administrative Law Judge will give plaintiff the opportunity for a *de novo* hearing, and issue a *de novo* decision, in particular reconsidering the functional assessments of Drs. Johnston and Waggoner.

The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

    **IT IS SO ORDERED.**

Date: 4/11/2022                        Entered:   *s/Timothy S. Black*
                                                                Timothy S. Black
                                                                United States District Judge